UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VALENTIN HERRERA HERRERA,<br>Petitioner,<br>v.<br>USA, *et al.*,<br>Respondents. | Case No.: 2:26-cv-03533-RFB-EJY<br>**ORDER** |

On October 26, 2026, Petitioner Valentin Herrera Herrera initiated this *pro se* immigration habeas proceeding under 28 U.S.C. § 2241 by submitting documents from Petitioner's immigration proceeding. See ECF No. 1-1. This case cannot proceed because Petitioner did not file a signed petition for writ of habeas corpus on or consistent with one of the Court's approved forms that pertains to Petitioner. Additionally, since entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner has another habeas proceeding pending in this District: Valentin Herrera Herrera v. Todd Blanche, No. 2:26-cv-02903-JAD-MDC.

Accordingly, **IT IS HEREBY ORDERED** that, on or before **November 6, 2026**, Petitioner, with the assistance of counsel, must show cause why this case should not be dismissed without prejudice as duplicative of Petitioner's other pending habeas proceeding.

Alternatively, on or before **November 6, 2026**, Petitioner, with the assistance of counsel, may file the appropriate document under Federal Rule of Civil Procedure 41(a) to voluntarily dismiss this action without prejudice to proceed in their pending habeas proceeding.

**IT IS FURTHER ORDERED** that, if Petitioner intends to proceed in the instant case, then on or before **November 6, 2026**, Petitioner must, with the assistance of counsel, file a signed

petition that pertains to themself and is on or complies with one of the Court's approved form habeas petitions.

**IT IS FURTHER ORDERED** that this case will be dismissed without prejudice if Petitioner fails to timely comply with this Order.

**DATED:** October 29, 2026

/s/ Richard F. Boulware, II

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**